UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
*Electronically Filed*

ROBERT MONTGOMERY, JR.,

    Plaintiff,

v.

Case No: 3:20CV-31-RGJ

BEST BUY STORES, L.P.,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Best Buy Stores, L.P., by and through undersigned counsel, hereby provides notice of removal of this action to the United States District Court for the Western District of Kentucky, Louisville Division, from the Kentucky Circuit Court for Bullitt County, and states as follows:

1. Plaintiff filed his Complaint and Jury Demand (hereafter "Complaint") in the Kentucky Circuit Court for Bullitt County on or about December 10, 2019, claiming that Defendant is liable for alleged violations of KRS 344, discrimination based on age, on the basis of a disability or perceived disability, failure to accommodate, retaliation, and retaliation in violation of the Family and Medical Leave Act ("FMLA"). The Bullitt County Circuit Court docketed the matter as Civil Action No. 19-CI-01294.

2. Defendant accepted service of the Complaint on December 27, 2019 by Certified Mail. A copy of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. There have been no further proceedings in this case.

3. Pursuant to 28 U.S.C. § 1441:

    (a) … any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant

or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4. Additionally, pursuant to 28 U.S.C. § 1331, the District Courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5. The Complaint alleges a cause of action under the FMLA (Complaint, pp. 6, 7). Therefore, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and this action is removable pursuant to 28 U.S.C. § 1441.

6. This Court has supplemental jurisdiction over Plaintiffs' state law KRS claims pursuant to 28 U.S.C. § 1367.

7. The United States District Court for the Western District of Kentucky, Louisville Division, is the judicial district and division embracing the place where this case is pending. See 28 U.S.C. §97(b).

8. Plaintiffs initiated this action in Bullitt County, which is located within this Court's venue.

9. This Notice of Removal is timely filed with this Court within thirty (30) days after Defendant first received a copy of the Complaint. See 28 U.S.C. § 1446(b).

10. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, including the Complaint, that have been served on Defendant are attached to this Notice of Removal as Exhibits A and B.

11. In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with all attachments, is being filed in the Bullitt County Circuit Court on this date.

WHEREFORE, Defendant hereby provides notice that Civil Action Docket No. 19-CI-01294 is removed from the Bullitt County Circuit Court to this Court for all further proceedings.

Dated this 14th day of January, 2020.

s/Kevin M. Norris_____
Kevin M. Norris
Smith and Smith Attorneys
400 North, First Trust Centre
200 South Fifth Street
Louisville, KY 40202
Telephone:  (502) 587-0761
Facsimile:  (502) 589-5345
Email: kmn@smithandsmithattorneys.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing "Notice of Removal" has been served via Clerk of Court using the CM/ECF system, and a copy has also been mailed via US Mail to the following counsel for Plaintiff:

Bradley S. Zoppoth  
The Zoppoth Law Firm  
635 W. Main Street, Suite 400  
Louisville, KY 40202  

This the 14th day of January, 2020.

                                                       s/Kevin M. Norris  
                                                       Attorney